ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
JAMES VINCENT THORSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-F-08-0440 AWI |
| Plaintiff, | |
| vs. | STIPULATION FOR CONTINUANCE AND ORDER THEREIN |
| JAMES VINCENT THORSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the Defendant, JAMES VINCENT THORSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, David Gappa, that the Status Conference now set for Monday, September 28, 2009 be continued to Monday, November 16, 2009 at 9:00 a.m.

It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1. Title 18, United States Code, Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

Dated: September 24, 2009

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JAMES VINCENT THORSON

Dated: September 24, 2009

/s/ David Gappa
David Gappa,
Assistant United States Attorney

# **ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Status Conference now set for Monday, September 28, 2009 is vacated and is now scheduled to be held on Monday, November 16, 2009 at 9:00 a.m.  Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 USC §§ 3161(h)(A) and 3161(h)(B)(ii).

IT IS SO ORDERED.

**Dated:   September 24, 2009**                    /s/ Anthony W. Ishii
                                                                              CHIEF UNITED STATES DISTRICT JUDGE