ANTHONY P. CAPOZZI, CSBN 068525
LAW OFFICES OF ANTHONY P. CAPOZZI
1233 W. Shaw Avenue, Suite 102
Fresno, CA 93711
Telephone: (559) 221-0200
Fax: (559) 221-7997
E-mail: capozzilaw@aol.com

Attorney for Defendant,
JAMES VINCENT THORSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) Case No.: CR-F-08-0440 AWI |
| Plaintiff, | )<br>) |
| vs. | ) STIPULATION TO ADVANCE<br>) SENTENCING HEARING AND<br>) PROPOSED ORDER THEREIN |
| JAMES VINCENT THORSON, | )<br>) |
| Defendant. | )<br>) |

/ / /

/ / /

/ / /

Page 1

IT IS HEREBY STIPULATED between the Defendant, JAMES VINCENT THORSON, by and through his attorney of record, Anthony P. Capozzi, and Plaintiff, by and through Assistant United States Attorney, David Gappa, that the Sentencing Hearing now set for Monday, May 17, 2010 be advanced to Monday, May 3, 2010 at 11:00 a.m.

Respectfully submitted,

Dated: April 28, 2010

/s/ Anthony P. Capozzi
Anthony P. Capozzi,
Attorney for Defendant,
JAMES VINCENT THORSON

Dated: April 28, 2010

/s/ David Gappa
David Gappa,
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED. Good cause having been shown, the Status Conference now set for Monday, May 17, 2010 is vacated and is now scheduled to be held on Monday, May 3, 2010 at 11:00 a.m.

IT IS SO ORDERED.

**Dated:   April 29, 2010**          **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE