BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-CR-00440-AWI |
| ) | |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| JAMES VINCENT THORSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   WHEREAS, on or about April 7, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 2253 and 1467, based upon the plea agreement entered into between plaintiff and defendant James Vincent Thorson forfeiting to the United States the following property:

   a)   Samsung Monitor, Model # 22538W,
        Serial # AQ22H9NQ107992E,

   b)   Fuji Digital Camera, Model #650,
        Serial # 6UB34136,

   c)   Canon Pixma iP6000D printer,
        Serial # K10246,

   d)   Cooler Master mini-tower computer,
        Serial # C05270102766,

///

   e) Canon Canoscanslide 20 scanner,
Serial # UZH224028,

   f) Canon Ultrasonic EF-75 300 mm lens and instruction book, item # 37913951, and

   g) Canon EOS 20D camera,
Serial # 1320704120.

AND WHEREAS, beginning on April 10, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 2253 and 1467, to be disposed of according to law, including all right, title, and interest of James Vincent Thorson.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Immigration and Customs Enforcement/Customs and Border Protection shall maintain

///

FINAL ORDER OF FORFEITURE 2

1  custody of and control over the subject property until it is
2  disposed of according to law.
3
4  IT IS SO ORDERED.
5
6  Dated:     July 6, 2010                    /s/ signature
                                   CHIEF UNITED STATES DISTRICT JUDGE