```
1  PHILLIP A. TALBERT
   United States Attorney
2  DAVID L. GAPPA
   Assistant United States Attorney
3  2500 Tulare Street
   Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>JAMES VINCENT THORSON,<br><br>      Defendant. | CASE NO.  1:08-CR-00440-ADA-BAM<br><br>STIPULATION CHANGING DATE FOR STATUS CONFERENCE; FINDINGS AND ORDER<br><br>PROPOSED NEW DATE: September 6, 2023<br>TIME: 2:00 p.m. |
|---|---|

  This case is scheduled for a status conference on August 16, 2023.  Defense counsel was only appointed on August 15, 2023, and he needs time to consult with his client, speak with the Probation Office, and to review discovery.  To conserve resources of the court and parties, the parties have agreed upon a new status conference date of September 6, 2023.

  IT IS SO STIPULATED.

Dated:  August 16, 2023         PHILLIP A. TALBERT
                United States Attorney


                /s/ David Gappa
                DAVID L. GAPPA
                Assistant United States Attorney


Dated:  August 16, 2023          /s/ DAN HARRALSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DAN HARRALSON
Counsel for Defendant
JAMES VINCENT THORSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES VINCENT THORSON,<br><br>　　　　　　　　Defendant. | CASE NO.  1:08-CR-00440-ADA-BAM<br><br>FINDINGS AND ORDER<br><br>STATUS CONFERENCE DATE: September 6, 2023<br>TIME: 2:00 p.m. |

　　　The court has reviewed and considered the stipulation filed by the parties on August 16, 2023, and also reviewed the record of this case.  For the reasons stated in the stipulation, which constitute good cause, the status conference is continued from August 17, 2023 to **September 6, 2023, at 2:00 p.m. before Magistrate Judge Sheila K. Oberto**.

IT IS SO ORDERED.

　　Dated:　**August 16, 2023**　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3