UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES VINCENT THORSON,<br><br>Defendant. | No. 1:08-cr-00440-ADA<br><br>ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT AS COUNSEL OF RECORD AND CLOSING CASE<br><br>(Doc. No. 70) |

Having reviewed the motion and found that previously appointed defense counsel Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's October 24, 2023 motion to terminate his Criminal Justice Act appointment and withdraw as defense counsel in this matter. Should defendant Thorson seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for that office is (559)487-5561 (collect) or (858)656-4360 (toll-free). If appropriate, that office will arrange for the reappointment of counsel to assist defendant.

Accordingly,

1.) The motion to terminate the CJA appointment (Doc. No. 70) is granted;

2.) The Clerk of the Court is directed to serve a copy of this order on defendant James Vincent Thorson at the following address and to update the docket to reflect

defendant's *pro se* status and contact information:

> James Vincent Thorson
> Register Number 64323-097
> Lompoc USP
> 3901 Klein Blvd.
> Lompoc, CA   93436

3.)  The Clerk of the Court is also directed to again close this case.

IT IS SO ORDERED.

Dated:   **April 10, 2024**         _____
                                    UNITED STATES DISTRICT JUDGE

2